**Order entered August 26, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00436-CV

### IN THE ESTATE OF REBECCA LYNN HEIDER, DECEASED

**On Appeal from the Collin County Probate
Collin County, Texas
Trial Court Cause No. PB1-1074-2010**

## ORDER

We **GRANT** appellant's August 22, 2014 motion for an extension of time to file the reporter's record. We **ORDER** court reporter Kelly Bryant to file the reporter's record **ON OR BEFORE SEPTEMBER 18, 2014**.

We **DIRECT** the Clerk of this Court to send a copy of this order by electronic transmission to the Honorable Weldon Copeland, Judge of the Probate Court of Collin County, Texas, Kelly Bryant, and counsel for all parties.

/s/     ADA BROWN
           JUSTICE